

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00392-CR

Billy Bob **OPPELT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5849
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The reporter's record in this appeal was due July 7, 2014, but it was not filed. On July 14, 2014, this court notified Bettina J. Williams by letter that she is the court reporter responsible for timely filing the reporter's record and the record had not been filed. Our notice required Williams to file the record by August 13, 2014, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Williams was required to file a notice so advising the court no later than July 24. We have not received a response to our letter and the reporter's record has not been filed.

We **order** Bettina J. Williams to file the record in this court by **August 25, 2014**. Williams is advised that the court will not grant a further extension of time unless she files a motion that (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

We further order the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2014.



_____

Keith E. Hottle
Clerk of Court